518 A.2d 801

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Deborah Jo CARTER and Robert Harvey Weidenmoyer, Respondents.**

Supreme Court of Pennsylvania.

Nov. 24, 1986.

Petition for Allowance of Appeal GRANTED, No. 158 E.D. Appeal Docket 1985.